UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


BETTY FRAZIER,

                Plaintiff,                           HONORABLE PAUL L. MALONEY

v.                                             Case No. 1:10-cv-8

UNITED PARCEL SERVICE, INC. ,

                Defendant.
_____/


## ORDER REGARDING CLOSING DOCUMENTS


        The Court having been informed by Report Following Voluntary Facilitative

Mediation Session filed June 7, 2010 (Dkt. #18) of the parties' agreement to settle this matter:

        **IT IS HEREBY ORDERED** that appropriate dismissal papers shall be filed with the

Court by **July 1, 2010**.


DATED:  June 7, 2010               /s/ Paul L. Maloney
                                     Paul L. Maloney
                                     Chief United States District Judge